IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLES RAY STEDMAN, | ) No. 4:10 cv-557 AWT |
| Petitioner, | ) **ORDER** |
| v. | ) |
| STATE OF ARIZONA, et al., | ) |
| Respondents. | ) |

Pending before the court is a Motion to Dismiss the Amended Petition as Moot. (Doc. 18). In the Motion, petitioner's counsel relayed his belief that the petitioner had died. The respondents then confirmed that the petitioner had indeed died in August of 2012. (Doc. 20). Magistrate Judge Pyle issued a Report & Recommendation recommending that (1) the Motion to Dismiss be granted and (2) the Motion to Withdraw as Attorney (Doc. 17) be denied as moot. The court agrees with these recommendations.

Accordingly, **IT IS ORDERED**:

   1. The Report & Recommendation filed April 4, 2013 (Doc. 21) is ADOPTED and CONFIRMED and made a part of this Order.
   2. The Motion to Dismiss the Amended Petition (Doc. 18) is GRANTED.
   3. The Amended Petition for Writ of Habeas Corpus (Doc. 8) is DISMISSED with prejudice.

4. The Motion to Withdraw as Attorney (Doc. 17) is DENIED as moot.

5. The Clerk of Court is instructed to close this case administratively.

DATED this 31st day of May, 2013.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation